Case No.  SACV 10-797-JST (ANx)                                          Date:  September 13, 2010

Title:  ILLUMINATION MANAGEMENT SOLUTIONS, INC., v. ALAN RUUD and CHRISTOPHER RUUD

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

  Not Present                                                                  Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE**

     On its own motion, the Court issues an order to show cause as to why the Court should not take off calendar Defendants' Motion to Dismiss Duplicative Lawsuit; Motion to Stay Pending Ruling on Dismissal Motion and Motion to Defer Substantive Rule 12(b)(6) Motions (Doc. 18) and vacate the associated hearing set for September 27, 2010, at 10:00 a.m.  Defendants shall submit a written response and a proposed order no later than September 17, 2010.

                                                                                        Initials of Preparer:  enm